1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
JUN 10 2011
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ) ) ) ) | 1:11-SW-00107 DLB |
|---|---|---|
| 450 E. Almond Avenue Safeguard Mini-Storage Locker #2068, Madera, California | ) ) ) ) ) ) | ORDER TO UNSEAL SEARCH WARRANT |

The search warrant in this case has been executed and no longer needs to remain secret, IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: 6/10/11

_____
U.S. Magistrate Judge